UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS EUGENE DAVIS,   Case No. 1:23-cv-10711-TLL-PTM

       Plaintiff,   Honorable Thomas L. Ludington

v   Magistrate Judge Patricia T. Morris

ISABELLA COUNTY, Isabella County
Corrections Officers CHRISTOPHER CLULEY,
SHAWN NARRAGON and TAYLOR PATTON,
in their individual and official capacities, jointly and severally,

       Defendants.
_____/

| | |
|---|---|
| MARK L. DOBIAS, P.C. | ROSATI, SCHULTZ, JOPPICH, & |
| Mark L. Dobias (P35160) | AMTSBUECHLER, P.C. |
| *Attorney for Plaintiff* | Andrew J. Brege (P71474) |
| 546 Ashmun Street | *Attorney for Defendants Isabella Co.,* |
| P.O. Box 480 | *Shawn Narragon & Taylor Patton* |
| Sault Ste. Marie, MI 49783 | 822 Centennial Way, Suite 270 |
| (906) 632-8440 | Lansing, MI 48917 |
| dobiaslaw@sbcglobal.net | (517) 886-3800 |
| | abrege@rsjalaw.com |

_____/

**STIPULATION AND ORDER OF DISMISSAL**

## **STIPULATION**

The parties herein, by and through their respective counsel, hereby stipulate and agree that this cause of action shall be dismissed with prejudice and without costs to any party herein.

Dated:  July 3, 2024                        /s/ Mark L. Dobias
                                                          Mark L. Dobias (P35160)
                                                          *Attorney for Plaintiff*

Dated:  July 3, 2024                        /s/ Andrew J. Brege
                                                          Andrew J. Brege (P71474)
                                                          *Attorney for Defendants Isabella Co.,*
                                                          *Shawn Narragon & Taylor Patton*

## **ORDER OF DISMISSAL**

This Court having read and reviewed the stipulation of the parties and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this cause of action shall be and hereby is dismissed with prejudice and without costs to any of the parties herein.

**This is a final order and closes this case.**

**IT IS SO ORDERED.**

Dated: July 10, 2024                        s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge